FILED

11/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0716

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0716

———————

RODNEY BRANDT, HEIDI BRANDT,
MARSHALL
FLADAGER, NEVA FLADAGER, LARRY
LAUTARET
and RENA LAUTARET,

     Plaintiffs, Appellees and
     Cross Appellants,

     v.

R&R MOUNTAIN ESCAPES, LLC, A
MONTANA
LIMITED LIABILITY COMPANY,

     Defendant, Appellants
     and Cross Appellees.

O R D E R

———————

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's combined reply brief and response to cross-appeal filed electronically on November 14, 2024, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 11(4)(a) requires that a reply brief, including reply briefs which also answer a cross-appellant's principal brief, shall not exceed 5,000 words. Appellant's brief is certified as 5,490 words.
Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2024